UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
72 FASHION CORP,

                 Appellant,

                                                           22 civ 8476 (JGK)

      -against-

SALVATORE LaMONICA,

                 Appellee,
-----------------------------------------------------------X

JOHN G. KOELTL, DISTRICT JUDGE:

      A bankruptcy appeal in this action has been filed with the Court.

      It is hereby ordered that:

      1) The appellant shall serve and file a brief with any supporting papers by **November 8, 2022.**

      2) Response(s) to the appellant's brief shall be served and filed by **November 29, 2022.**

      3) Any replies to the response(s) shall be served and filed by **December 13, 2022.**

      The Court will contact the parties shortly thereafter for oral argument.

      This order shall be entered in the following related actions: 22 civ 8477, 22 civ 8480, 22 civ 8491, 22 civ 8507, 22 civ 8517, 22 civ 8508, 22 civ 8528, 22 civ 8509, 22 civ 8512, 22 civ 8514, 22 civ 8522 and 22 civ 8526.

**SO ORDERED.**

                                                                     /s/ John G. Koeltl
                                                        JOHN G. KOELTL
                                               **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 11, 2022