UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

72 FASHION CORP.,

          Appellant,

- against -

SALVATORE LAMONICA, as Chapter 7
Trustee of Pretty Girl, Inc.,

          Appellee.

22-cv-8476 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

On October 11, 2022, this Court entered an Order directing the appellee to respond to the appellant's brief by November 29, 2022. See ECF No. 4. The Court entered the same Order in each of the related cases listed on the docket in this lead case, No. 22-cv-8476. To date, the appellee has not responded to any of the appellants' briefs in this case or in the related cases. The time for the appellee to respond is extended to **January 18, 2023**. Replies are due on **February 8, 2023**. If there is no response, the appeal will be decided on the current papers.

This Order shall be entered in the following related actions: 22 civ 8477, 22 civ 8480, 22 civ 8491, 22 civ 8507, 22 civ 8517, 22 civ 8508, 22 civ 8528, 22 civ 8509, 22 civ 8512, 22 civ 8514, 22 civ 8522, and 22 civ 8526.

SO ORDERED.

Dated:    New York, New York
          December 14, 2022

                                                John G. Koeltl
                                        United States District Judge