```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

72 FASHION CORP.,

           Appellant,

  - against -

SALVATORE LAMONICA, as Chapter 7
Trustee of Pretty Girl, Inc.,

           Appellee.

22-cv-8476 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The appellant is directed to submit courtesy copies of all papers filed in connection with the pending fully briefed bankruptcy appeal.

    This Order shall be entered in the following related actions: 22 civ 8477, 22 civ 8480, 22 civ 8491, 22 civ 8507, 22 civ 8517, 22 civ 8508, 22 civ 8528, 22 civ 8509, 22 civ 8512, 22 civ 8514, 22 civ 8522, and 22 civ 8526.

SO ORDERED.

Dated:    New York, New York
           February 9, 2023

                                            John G. Koeltl
                                   United States District Judge