UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: PRETTY GIRL, INC.

22-cv-8476 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear by telephone for oral argument on **July 6, 2023 at 2:30 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:   New York, New York
         June 20, 2023

_____
John G. Koeltl
United States District Judge