# OVED & OVED

ATTORNEYS

July 3, 2023

**VIA ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, New York 10007

> The argument of the appeals is adjourned sine die. The appeals are stayed until September 5, 2023. The parties should promptly advise the Court of any developments. So ordered.
> /s/ JGK
> U.S.D.J.
> 7/5/23

Re: *In re Pretty Girl* Appeals, Case No. 22-cv-8476, 22-cv-08477, 22-cv-08480, 22-cv-08491, 22-cv-08507, 22-cv-08508, 22-cv-08509, 22-cv-08512, 22-cv-08514, 22-cv-08517, 22-cv-08522, 22-cv-08526, 22-cv-08528

Dear Judge Koeltl:

This law firm represents Defendants-Appellants 72 Fashion Corp., 165-24 Jamaica Ave Corp., 241 Utica Ave Corp., 947 S. Corp., 1168 Liberty Corp., 1556 Flatbush Ave Corp., 2891 3rd Ave Corp., PG of 730 Flatbush Ave Corp., PG of Jersey City Corp., Pretty Girl of Fordham Road Corp., Pretty Girl of Mount Vernon Inc., Pretty Girl of Newark Ltd., and Pretty Girl of Woodbridge Inc. (collectively, "Appellants") in the above-referenced appeals.

We write jointly with counsel to Appellee to advise the Court that the parties have reached a settlement in principle that, subject to approval by the bankruptcy court, will resolve the above-referenced appeals. The parties are in the process of documenting the proposed settlement and the Appellee expects to file a motion seeking approval of the settlement from the bankruptcy court within the next two weeks.

In the interim, and pursuant to Rule 1(E) of Your Honor's Individual Practices, the parties respectfully request that the Court (i) adjourn oral argument on these appeals, currently scheduled for July 6, 2023, *sine die*; and (ii) voluntarily refrain from taking any other action with respect to these appeals for 60 days so as to permit sufficient time for the forthcoming motion to approve the settlement be decided.

We thank the Court for its attention to this matter, and the parties are available to provide any additional information that may be useful to the Court.

Respectfully submitted,

Andrew L. Kincaid

cc: All counsel of record (via ECF)

THE OVED BUILDING | 401 GREENWICH STREET | NEW YORK NY 10013 | 212 226 2700 | OVED.COM