UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---
IN RE: PRETTY GIRL, INC.

22-cv-8476 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to update the Court by **February 16, 2024** regarding the status of this case in view of the appeals cited in the letter filed August 31, 2023. See ECF No. 15.

SO ORDERED.

Dated:    New York, New York
          February 2, 2024

/s/ John G. Koeltl
John G. Koeltl
United States District Judge