UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: PRETTY GIRL, INC.

22-cv-8476 (JGK)
22-cv-8477 (JGK)
22-cv-8480 (JGK)
22-cv-8491 (JGK)
22-cv-8507 (JGK)
22-cv-8517 (JGK)
22-cv-8508 (JGK)
22-cv-8528 (JGK)
22-cv-8509 (JGK)
22-cv-8512 (JGK)
22-cv-8514 (JGK)
22-cv-8522 (JGK)
22-cv-8526 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

In light of the parties' settlement agreement, see ECF No. 18, the appeals pending from the bankruptcy proceedings are dismissed. The Clerk is respectfully directed to close all of the above cases.

SO ORDERED.

Dated:   New York, New York
         February 5, 2024

_____
John G. Koeltl
United States District Judge